# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

January 30, 2020

**BY ECF**
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Petitioner's submission due 3/31/20.  Government's opposition due 4/30/20.  Petitioner's reply due 5/14/20.

SO ORDERED.

*[signature]*
CATHY SEIBEL, U.S.D.J.   1/31/20

Re:    *United States v. Young*,
       No. 09-cr-274 / 15-cv-3941

Dear Judge Seibel:

    I represent Davon Young in the above-captioned matters.  I have conferred with government counsel, Assistant United States Attorney Derek Wikstrom, and I respectfully propose the following timetable:

    60 days for me to make a submission on Mr. Young's behalf;
    30 days thereafter for the government to respond;
    14 days thereafter for me to reply.

    Mr. Wikstrom has advised me that he has no objection to this proposed timetable.

Respectfully submitted,

*s/ Matthew B. Larsen*
Assistant Federal Defender

cc:    AUSA Derek Wikstrom