UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DAVON YOUNG,

                            Petitioner,                  **ORDER**

   - against -                                              No. 09-CR-274 (CS)
                                                                       No. 15-CV-3941 (CS)

UNITED STATES OF AMERICA,

                            Respondent.
-------------------------------------------------------------x

<u>Seibel, J.</u>

      This order memorializes my text order of January 9, 2023 (ECF No. 210).  The instant motion under Fed. R. Civ. P. 60(b), (ECF No. 205), which was based on what Petitioner hoped would be a favorable change in decisional law, was denied on January 9, 2023, given that there has been no such change in the law.

**SO ORDERED.**

Dated:  March 8, 2023
            White Plains, New York

                                                                _____
                                                                  CATHY SEIBEL, U.S.D.J.